**Order entered April 9, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01412-CV

**GJ PARTNERS, LTD. AND GENE JOYCE, Appellants**

**V.**

**CIMA CONTRACTORS, LLC, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-03091-2018**

## ORDER

Before the Court is appellee's April 8, 2019 unopposed motion for an extension of time to file its brief. We **GRANT** the motion and extend the time to **May 7, 2019**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE